**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ALLIED WORLD SURPLUS LINES
INSURANCE COMPANY                          :
                                           :
          V.                               :     Civil Action
CLIMAX TECHNOLOGY CO., LTD.,               :     No: 2:25cv-00866
                                           :

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, _Allied World Surplus Lines Insurance Company_, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

See attached

_03/20/2025_                               _/s/ Michael Passman_
Date                                       Signature

                        Counsel for: _Allied World Surplus Lines Insurance Co._

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)  WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1)  identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or
   (2)  states that there is no such corporation.

(b)  TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
   (1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2)  promptly file a supplemental statement if any required information changes.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Allied World Surplus Lines Insurance Company ("Allied") provides the following disclosure:

- Allied is a corporation organized and existing under the laws of the State of Arkansas with its principal place of business located in New York, New York.

- Allied is wholly owned by Allied World Specialty Insurance Company.

- Allied World Specialty Insurance Company is wholly owned by AW Underwriters, Inc.

- AW Underwriters, Inc. is wholly owned by Allied World Insurance Company.

- Allied World Insurance Company is wholly owned by Allied World Assurance Holdings (U.S.) Inc.

- Allied World Assurance Holdings (U.S.) Inc. is wholly owned by Allied World Assurance Holdings (Ireland) Ltd.

- Allied World Assurance Holdings (Ireland) Ltd. is wholly owned by Allied World Assurance Company, Ltd.

- Allied World Assurance Company, Ltd. is wholly owned by Allied World Assurance Company Holdings I, Ltd.

- Allied World Assurance Company Holdings I, Ltd. is wholly owned by Allied World Assurance Company Holdings, Ltd.

- Allied World Assurance Company Holdings, Ltd. is owned 83.41% by 1102952 B.C. Unlimited Liability Company, 10.84% by OCM Goldfish Inc., and 5.75% by an aggregate of other minority investors.

- 1102952 B.C. Unlimited Liability Company is wholly owned by Fairfax Financial Holdings Limited.

- Fairfax Financial Holdings Limited is a publicly traded company, with no publicly held company owning more than 10% of its stock.

- OCM Goldfish Inc. is wholly owned by OMERS Administration Corporation.

- OMERS Administration Corporation is a Canadian pension fund company, and no publicly held company owns 10% of more of its stock.

**Rule 7.1(a)(2) Disclosure of Citizenship in a Diversity Case:** Allied World Surplus Lines Insurance Company is a citizen of Arkansas and New York.