IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **ALLIED WORLD SURPLUS LINES INSURANCE COMPANY,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | **NO. 25-cv-00866** |
| **CLIMAX TECHNOLOGY CO., LTD.,** a Foreign Corporation, | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this **14th day** of **July 2025**, upon consideration of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), or, in the alternative, to stay this action (ECF No. 19), Plaintiff's Response in Opposition (ECF No. 21), Defendant's Reply (ECF Nos. 22), and Plaintiff's Sur-Reply (ECF No. 23), and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that the Motion (ECF No. 19) is **DENIED**. Defendant shall file an Answer to Plaintiff's Amended Complaint **on or before July 28, 2025.**

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**