IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLIED WORLD SURPLUS LINES INSURANCE COMPANY,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | **NO. 25-cv-00866** |
| | : | |
| **CLIMAX TECHNOLOGY CO., LTD.,** | : | |
| a Foreign Corporation, | : | |
| *Defendant.* | : | |

### ORDER

**AND NOW**, this **31st day** of **October 2025**, upon consideration of the docket and Plaintiff's Motion for Partial Judgment on the Pleadings (ECF No. 31), Defendant's response in opposition (ECF No. 32), Plaintiff's reply (ECF No. 33), and Defendant's sur-reply (ECF No. 34), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 31) is **GRANTED**. The Court **FINDS** and **DECLARES** that Defendant Climax Technology Co., Ltd. has a contractual duty to defend Medical Guardian, LLC in the underlying state action, *Danielle Wielgopolski, as Executor of the Estate of George Henry Hargraves v. Medical Guardian, LLC, et al.*, Case No. 230702184, pending in the Court of Common Pleas, Philadelphia County.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**